ORDERED.

**Dated: July 08, 2015**

_Michael G. Williamson_
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

**KEITH E. SMITH**                                   Case No: **8:14-bk-04202-MGW**

    Debtor.                                              Chapter 11
_____/

### ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE
**[Doc. No.: 84]**

THIS CASE came on for hearing on Wednesday, June 24, 2015 at 9:30 a.m. upon the Debtor's, **KEITH E. SMITH** (the "**Debtor**") "Motion to Dismiss Chapter 11 Case" (the "**Motion**") [**Doc. No.: 84**]. Appearances were noted on the record. In his *Motion*, the Debtor seeks entry of an order dismissing this Chapter 11 Case. No written objections have been made to the Debtor's *Motion* and the Court otherwise deems the *Motion* to be uncontested. The Court, having reviewed the pleadings, the arguments of counsel, and being otherwise fully advised in the premises finds that the Debtor's *Motion* is well taken. For the reasons stated orally and recorded in open Court, which shall constitute the decision of the Court, it is

**ORDERED** that:

1. The Debtor's *Motion* [Doc No.: 84] is GRANTED.

2. The Chapter 11 bankruptcy case of: **KEITH E. SMITH**, case no.: **8:14-bk-04202-MGW** is hereby DISMISSED effective immediately. No stay shall be in effect as to this Order.

3. The Debtor shall pay all fees due the United States Trustee pursuant to 28 U.S.C. §1930(a)(6) within ten (10) days from the entry of this Order. In the event Debtor fails to remit said fees, this Court reserves jurisdiction for the sole purpose of entering a final judgment in favor of the United States of America for the amount of the fees that are owed to the United States Trustee.

###

**Submitted by:**
Matthew J. Kovschak, Esquire
FBN #602876
Sutton Law Firm
325 West Main Street
Bartow, FL 33830
863-533-8912 (telephone)
mjkovschak@aol.com
Attorney for Debtor

**Debtor's counsel, Matthew J. Kovschak, shall serve a copy of this Order as signed on Local Rule 1007-2 Parties in Interest Matrix within three (3) days;  and shall file a Proof of Service with this Court.**